Dismissed and Memorandum Opinion filed October 14, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00607-CV

____________

 

FLORENCE CALVIN, Appellant

 

V.

 

LYDIA MACHAK, Appellee

 



 

On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 2007-67268

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 1, 2010.  On September 30, 2010, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Sullivan.